'24CV0310 MMA MSB

# Exhibit "A"





# Exhibit "B"









# Exhibit "C"

Facebook
facebook.com/thesaltfacial/photos/1938819019724511
Sunday, October 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Update
Search Facebook
Restore
The SaltFacial
October 10, 2017
The SaltFacial: Restore. Replenish. Rejuvenate.
Find out more this Friday, October 13th when Dr. Emer demonstrates The SaltFacial on CBS. Check local listings for times in your area.
#skincare #healthyskin #TheSaltFacial #restore #replenish #rejuvenate #exfoliation #ledphototherapy #naturalskincare The Doctors Jason Emer, MD
11
1 Comment 2 Shares
Like
Comment
Share
Most relevant
Jennifer Jennahvieve Renzi
I need this so bad
Like Reply 4y
Write a comment...





